IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TED GUILLOTTE | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. G-06-671 |
| ENERGY PARTNERS LTD. d/b/a | § | |
| DELAWARE ENERGY PARTNERS, LTD., | § | FRCP 9(H)-ADMIRALTY |
| ENERGY PARTNERS 1998 INC.; ENERGY | § | |
| PARTNERS OF DELAWARE, LTD., | § | |
| HEATHER LYNN, INC., BLAKE | § | |
| OFFSHORE, LLC, PRODUCTION | § | |
| MANAGEMENT INDUSTRIES, LLC, | § | |
| M/V CAPTAIN RAYNE AND | § | |
| ST 41B MOPU | § | |

**PRODUCTION MANAGEMENT INDUSTRIES LLC'S
OPPOSED MOTION FOR LEAVE TO FILE
CROSS-CLAIM AGAINST ENERGY PARTNERS, LTD.**

COMES NOW, Production Management Industries LLC  ("PMI"), Defendant herein, and

files this Opposed Motion for Leave to File Cross-Claim Against Co-Defendant, Energy Partners,

Ltd. d/b/a Delaware Energy Partners, Ltd. ("EPL"), and would respectfully show the following:

I.

Through the course of investigation and discovery, Defendant, PMI has determined that the

underlying facts of this case support a cross-claim against Co-Defendant, EPL, for indemnity or,

alternatively, contribution under the general maritime law.  In addition, PMI has determined that the

indemnity and related provisions contained in the Alliance Agreement - Production Operations and

Maintenance Services ("Alliance Agreement") dated June 4, 1998 between PMI and EPL entitle it

to receive contractual indemnity, defense and protection from EPL for all claims and causes of action

asserted by Plaintiff against it in the captioned proceeding.  However, despite due demand for these

contractual protections, EPL has failed and refused and continues to fail and refuse to honor same,

in breach of EPL's contract and to the detriment of PMI as aforesaid. Accordingly, Defendant, PMI, moves for leave to file a cross-claim in this cause of action. A copy of the proposed Original Cross-Claim is attached hereto as **Exhibit A** and incorporated herein by reference for all purposes.

II.

Co-Defendant, Energy Partners, Ltd. d/b/a Delaware Energy Partners, Ltd., has been apprised of the filing of this Motion and does object to same.

III.

Leave sought by this Motion will not unduly prejudice Co-Defendant, Energy Partners, Ltd. d/b/a Delaware Energy Partners, Ltd. or delay the trial of this cause. However, the requested leave is necessary as a matter of judicial economy so that the Court may adjudicate all claims among the parties herein relative to the matters in dispute.

WHEREFORE, Motion Considered, Defendant, Production Management Industries LLC, prays that this Motion be granted and for such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled to receive.

Respectfully submitted,

WHITE MACKILLOP & BAHAM P.C.

By:   _/s/ Ronald L. White_ _____
        Ronald L. White
        Texas Bar No. 21328300
        S.D. I.D. No. 234
        2200 West Loop South, Suite 1000
        Houston, Texas  77027
        Telephone:  713/599-0211
        Telefax:  713/599-1355
        E-Mail : rwhite@wmbpc.com

ATTORNEYS FOR DEFENDANT,
PRODUCTION MANAGEMENT
INDUSTRIES LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing was on this date automatically accomplished on all known Filing Users through the Notice of Electronic Filing. Service on any party or counsel who is not a Filing User was accomplished via Email, Certified Mail/RRR and/or U.S. First Class Mail, in accordance with the Federal Rules of Civil Procedure on the 26th day of June, 2007.

        _/s/ Ronald L. White_ _____
        Ronald L. White